IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

V.                                            NO: 4:11CR00033

EUGENE SMITH

## ORDER

Pending is government's motion to dismiss. (Docket #70). For good cause shown, the motion is GRANTED. The indictment against Eugene Smith in this matter is dismissed pursuant to Fed. R. Crim. P. 48.

IT IS SO ORDERED this 25th day of February, 2013.

James M. Moody
United States District Judge